# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STANLEY WOMACK

VERSUS

ELIZABETH WOMACK

NO.  2019 CW 1230

**SEPTEMBER 20, 2019**

---

In Re:   Stanley Womack, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2014-14365.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**STAY DENIED; WRIT NOT CONSIDERED.** This writ application is untimely.  Rule 4-3 of the Uniform Rules, Louisiana Courts of Appeal, provides that the return date in civil cases shall not exceed 30 days from the date of notice as provided in La. Code Civ. P. art. 1914. Rule 4-2 provides that the notice of intent, which requests a return date, must be filed within the time period provided for in Rule 4-3. In this case, the trial court signed the order denying relator's motion to proceed in forma pauperis on March 25, 2019, and notice of that ruling was mailed by the trial court on July 1, 2019.  Accordingly, the time delay began to run on that date and expired on July 31, 2019. Although relator sent a notice of intent to the trial court via facsimile seeking review of this ruling, he failed to comply with the requirements of La. R.S. 13:650 in order to render the facsimile filing effective.  Accordingly, no notice of intent was timely filed, and this writ application was not filed timely.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT